FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2011 AUG 25 AM 11: 34

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

MATTHEW STEVENSON,

    Plaintiff,

vs.

SECOND CHANCE JAI ALAI, LLC,

    Defendant.

_____/

Civil Action No.:

5:11-cv-496-0c-37TBS

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, SECOND CHANCE JAI ALAI, LLC, by and through the undersigned counsel, Tracy Martinell Henry, Esq., Anderson | Pinkard, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby files this Defendant's Notice of Removal, removing this action from the Fifth Judicial Circuit Court in and for Marion County, Florida, to the United States Court for the Middle District of Florida, Ocala Division. The removal of this action is based upon the following:

1.     This action was filed in the Fifth Judicial Circuit Court in and for Marion County, Florida on or about July 1, 2011. True and correct copies of the Complaint, and all other papers filed in this action are on the attached diskette, pursuant to 28 U.S.C. 1446 (a).

2.     The United States District Court has original jurisdiction over this action based upon federal question jurisdiction. In this regard, 28 U.S.C. § 1331 states: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

3.     The Plaintiff's Complaint seeks damages based upon violation of the Fair Labor Standards Act (29 U.S.C. § 201), as well as violation of the Florida Whistleblower Statute.

4. Based on the allegations in the Complaint, the federal statute under which Plaintiff has sued Defendants gives rise to jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b).

5. The Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1441(c).

6. Venue is proper in the Middle District of Florida, Ocala Division, because the Circuit Court action is pending within the jurisdictional confines of this District and Division. *See* 28 U.S.C. § 1443; 28 U.S.C. § 1446 (a); Local Rule 4.02.

7. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal has been given to all parties in this action, and a copy of this Notice will be filed with the Clerk of the Court in and for Marion County, Florida, along with a copy of the Order from Federal Court once it has been entered.

Dated this 23rd day of August, 2011.

_____
Tracy Martinell Henry, Esq.
Florida Bar No.: 0073865
**ANDERSON | PINKARD, P.A.**
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
E-mail: thenry@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail this 23rd day of August, 2011 to:

**Michael Massey, Esq.**
Massey & Duffy, PLLC
855 E. University Avenue
Gainesville, FL 32601
Attorney for Plaintiff

Tracy Martinell Henry, Esq.

# FORM 1.997.   CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

## I.   CASE STYLE

MATTHEW STEVENSON,  (Name of Court)
   Plaintiff,

v.

Case #: 11-1913-CAG

Judge: Singbush

SECOND CHANCE, JAI ALAI,
   Defendant

**TYPE OF CASE**  (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence—other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability—commercial
  - ☐ Premises liability—residential
- ☐ Products liability
- ☐ Real property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more

- ☐ Homestead residential foreclosure $0 - $50,000
- ☐ Homestead residential foreclosure $50,001 - $249,999
- ☐ Homestead residential foreclosure $250,000 or more
- ☐ Nonhomestead residential foreclosure $0 - $50,000
- ☐ Nonhomestead residential foreclosure $50,001 - $249,999
- ☐ Nonhomestead residential foreclosure $250,000 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice—business
  - ☐ Malpractice—medical
  - ☐ Malpractice—other professional
- ☐ Other
  - ☐ Antitrust/Trade regulation
  - ☐ Business transactions
  - ☐ Constitutional challenge—statute or ordinance

Filed in the Office of Clerk of Circuit Court
Marion County, Florida
on ____ 8- 1- ____, 20 11

David R. Ellspermann, Clerk

BY _____ D.C.

☐ Constitutional challenge—proposed amendment
☐ Corporate trusts
☒ Discrimination—employment or other
☐ Insurance claims
☐ Intellectual property

☐ Libel/Slander
☐ Shareholder derivative action
☐ Securities litigation
☐ Trade secrets
☐ Trust litigation

III. REMEDIES SOUGHT (check all that apply):
☒ monetary;
☐ nonmonetary declaratory or injunctive relief;
☐ punitive

IV. NUMBER OF CAUSES OF ACTION: [ ]
(specify) Employment discrimination

V. IS THIS CASE A CLASS ACTION LAWSUIT?
☐ yes
☒ no

VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

VII. IS JURY TRIAL DEMANDED IN COMPLAINT?
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____
Attorney or party

Fla. Bar # _____153 680_____
(Bar # if attorney

Michael Massey
(type or print name)

_____28 June 2011_____
Date

IN THE CIRCUIT/COUNTY COURT OF THE 5TH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

Plaintiff/Petitioner: Matt Stevenson

vs.

Defendant/Respondent: Second Chance Jai Alai

Case No. 11-1913-CAG

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

1. I have _0_ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you married? Yes ☐ No ☒   Does your Spouse Work? Yes ☐ No ☒   Annual Spouse Income $ —

2. I have a net income of $ _0_ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other.
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips, and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly (Ⓨ every two weeks) ( ) semi-monthly ( ) monthly ( ) yearly ( ) other $_____.
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise, circle "No".)

   Second Job ........................... Yes $_____ (No)
   Social Security Benefits ............ Yes $_____ (No)
     For you ............................. Yes $_____ (No)
     For child(ren) .................... Yes $_____ (No)
   Unemployment Compensation ... (Yes) $ 550   No
   Union payments ..................... Yes $_____ (No)
   Retirement/pensions ............... Yes $_____ (No)
   Trusts ................................... Yes $_____ (No)

   Veterans benefits ................... Yes $_____ (No)
   Workers Compensation ........... Yes $_____ (No)
   Income from absent family members .. Yes $_____ (No)
   Stocks / Bonds ...................... Yes $_____ (No)
   Rental income ....................... Yes $_____ (No)
   Dividends or interest .............. Yes $_____ (No)
   Other kinds of income not on the list .... Yes $_____ (No)
   Gifts ..................................... Yes $_____ (No)

   I understand that I will be required to make payments for fees and costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise, circle "No")

   Cash .................................. (Yes) $ 50    No
   Bank account(s) .................. (Yes) $ 100   No
   Certificates of deposit or
   money market accounts ....... Yes $_____ (No)
   Motor Vehicle* .................... (Yes) $ 3000 No
   Boats* ............................... Yes $_____ (No)
   *Show loans on these assets in paragraph 5

   Savings account .................. (Yes) $ 0   No
   Stocks / bonds .................... Yes $_____ (No)
   Homestead Real Property* ... Yes $_____ (No)
   (EXCLUDE VALUE OF HOMESTEAD)
   Non-homestead real property / real estate ... Yes $_____ (No)
   Other assets* ...................... (Yes) $ 1,500 No

   Check one: I ( ) DO (☒) DO NOT expect to receive more assets in the near future. The asset is _____.

5. I have a total amount of liabilities and debts of $ 9200 as follows:
   Motor Vehicle $ 1400 , Home $ — , Boat $ — , Non-homestead Real Property $ — .
   Child Support paid direct $ — . Credit Cards $ 4765 . Medical Bills $ — , Cost of medicines
   (monthly) $ — . OTHER $ 3000 .

6. I have a private lawyer in this case ............ (Yes) No   (Circle one.)

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under F.S. 57.082 commits a misdemeanor of the first degree, punishable as provided in s. 775.082 or s. 775.083. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this 28th day of June, 2011.

Signature of Applicant for Indigent Status

Date of Birth 4-12-1978
Driver's License or ID Number S315-540-78-132-0
Print Full Legal Name: Matthew Stevenson
Phone Number: 352 216 0030
Address, P.O. Address, Street, City, State, Zip Code: 3700 SW 27th ST 16/06 Gainesville FL 32608

This form was completed with the assistance of:

Clerk / Deputy Clerk / Other authorized person

NOTARY PUBLIC-STATE OF FLORIDA
Herbert W. Howard
Commission #DD870222
Expires: JUNE 04, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be (☒) Indigent ( ) Not Indigent, according to F.S. 57.082.
Date this 7 day of July, 20 11.   Clerk of the Circuit Court -
By: _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the judge to review the clerk's decision _____

eff 07/14/09

Filed in the Office of Clerk of Circuit Court
Marion County, Florida
on 7-1-, 20 11
David R. Elispermann, Clerk
By _____ D.C.

IN THE FOURTH CIRCUIT IN AND
FOR MARION COUNTY FLORIDA

MATTHEW STEVENSON,
    Plaintiff,

v.

CASE NO. 11-1913-CAG

SECOND CHANCE JAI ALAI,
    Defendant.

-----------------------------------------/

## SUMMONS

SERVED
A TRUE COPY
8-8-11 1547
DATE & TIME
ED DEAN, SHERIFF
MARION COUNTY, FL
BY: [signature] D.S.
#295

**THE STATE OF FLORIDA:**

**To each Sheriff of Said State:**

**GREETINGS.**

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in the above styled cause upon the Defendant(s):

    SECOND CHANCE, JAI ALAI, LLC.
    c/c BRIAN MATTHEWS
    4601 NW CR 318
    REDDICK FL 32686 US

Each Defendant is hereby required to serve written defenses to said complaint or petition on Plaintiff's attorney, whose name and address is:

    Michael O. Massey Esq.
    Massey and Duffy, PLLC
    855 E. Univ. Ave.
    Gainesville, FL 32601

within 20 days after service of this summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the clerk of said court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

    WITNESS my hand and the seal of said Court on ___July 7___, 2011.

DAVID R. ELLSPERMANN
CLERK CIRCUIT COURT

BY: __M. TUCKER__
        Clerk

(Court Seal)

IN THE FIFTH JUDICIAL CIRCUIT COURT
IN AND FOR MARION COUNTY, FLORIDA

MATTHEW STEVENSON,

    Plaintiff,

vs.                                 Case No. 11-1913-CAG

SECOND CHANCE JAI ALAI, LLC,

    Defendant.
_____/

## NOTICE OF FILING

COMES NOW Defendant, SECOND CHANCE JAI ALAI, LLC, by and through its undersigned counsel, and hereby gives notice to this Court of the filing of Defendant's Notice of Removal Exhibit "A."

Dated this 23rd day of August, 2011.

_____
Tracy Martinell Henry, Esq.
Florida Bar No.: 0073865
**ANDERSON | PINKARD, P.A.**
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499
E-mail: thenry@floridalawpartners.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing has been furnished by regular U.S. Mail this 23rd day of August, 2011 to:

**Michael Massey, Esq.**
Massey & Duffy, PLLC
855 E. University Avenue
Gainesville, FL 32601
Attorney for Plaintiff

_____
Tracy Martinell Henry