UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW STEVENSON,

    Plaintiff,

v.                                                                 Case No. 5:11-cv-496-Oc-37TBS

SECOND CHANCE JAI ALAI, LLC,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion to Reschedule Settlement Conference (Doc. 11).

On January 4, 2012, the District Judge entered his Order (Doc. 9), referring this case to the undersigned for the conduct of a settlement conference no later than March 2, 2012. Pursuant to this Order, a settlement conference was coordinated and scheduled to occur tomorrow beginning at 1:00 p.m. This afternoon, counsel for the defendant advised the undesigned's courtroom deputy that the defendant's president is experiencing health problems and must see his treating physician tomorrow. Consequently, the defendant seeks to have the settlement conference rescheduled. The Court directed counsel to file a motion to reschedule which he has now done (Doc. 11). Counsel for the defendant represents hat she has attempted, unsuccessfully, to contact plaintiff's counsel to discuss this motion. Due to the time constraints involved the Court has decided the motion without a response from plaintiff. Now, upon due consideration, it is adjudged that:

1.   The Defendant's Motion to Reschedule Settlement Conference (Doc. 11) is GRANTED.

2.   Counsel for the defendant shall notify plaintiff's counsel of the circumstances and this Order as soon as possible.

3.   Counsel for the defendant shall coordinate with her opponent and the court, a new date and time for the settlement conference.  This conference shall occur on or before March 2, 2012.

4.   If the defendant's president is unable to attend the rescheduled settlement conference then the defendant shall be prepared to send an alternate corporate representative who has full authority to compromise and settle this controversy.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on February 7, 2012.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge