UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW STEVENSON,

    Plaintiff,

v.                                                      Case No.  5:11-cv-496-Oc-37TBS

SECOND CHANCE JAI ALAI, LLC,

    Defendant.
_____/

## ORDER

    Pending before the Court is the parties' Joint Motion to Allow Electronic Equipment in United States Courthouse (Doc. 14).  Upon due consideration, the motion is GRANTED.  Counsel for the plaintiff and defendant may each bring a laptop computer and a cellular telephone to the settlement conference scheduled to begin in the United States Courthouse, Ocala, Florida on February 24, 2012.  Counsel shall present a copy of this Order to the Court Security Officers each time they enter the courthouse with a laptop computer or cellular telephone.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel