


ATTORNEYS AT LAW

Atlanta
Miami
New York
Orlando
St. Petersburg
Tallahassee
Tampa
West Palm Beach

**PLEASE REMIT TO:**
CARLTON FIELDS, P.A.
P.O. Box 3239 | Tampa, Florida 33601-3239
813.223.7000 | fax 813.229.4133
www.carltonfields.com
Fed ID: 59-1233896

**BY WIRE:**
Wells Fargo Bank, N.A.
ABA No: 121000248
SWIFT: WFBIUS6S
Account No.: [redacted]

HAMPTON MANOR, INC, ET AL
1805 SE 16TH AVENUE
SUITE 102
OCALA, FL 34471

EMAIL: PEDER.JOHNSEN@CONCORDISSENIORLIVING.COM

FEBRUARY 13, 2013
ATTORNEY: DEAN A. MORANDE
REFERENCE NUMBER: 04831-03472
INVOICE NUMBER: 733252

**Due Date: Upon Receipt**

**RE: FORTNER, JOYCE APPEAL**

| | | |
|---|---|---|
| BALANCE DUE FROM PREVIOUS STATEMENT | $ | 13,309.30 |
| LESS: PAYMENTS | $ | 0.00 |
| BALANCE FORWARD | $ | 13,309.30 |
| | | |
| LEGAL SERVICES POSTED THROUGH 01/31/13 | $ | 4,930.00 |
| COSTS ADVANCED POSTED THROUGH 01/31/13 | $ | 17.20 |
| INTEREST | $ | 52.68 |
| CURRENT INVOICE TOTAL | $ | 4,999.88 |
| **TOTAL AMOUNT DUE** | **$** | **18,309.18** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 4,999.88 | 13,309.30 | 0.00 | 0.00 | 0.00 | 18,309.18 |

***** REMITTANCE COPY *****

**Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date**

Services designated with an * were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.



ATTORNEYS AT LAW

Atlanta
Miami
New York
Orlando
St. Petersburg
Tallahassee
Tampa
West Palm Beach

HAMPTON MANOR, INC, ET AL
**RE: FORTNER, JOYCE APPEAL**

FEBRUARY 13, 2013
REF NO.: 04831-03472
INVOICE NUMBER: 733252

**PROFESSIONAL SERVICES AS POSTED THROUGH JANUARY 31, 2013**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/14/13 | MDS* | DISCUSS AND STRATEGIZE RE: PREPARATIONS FOR ORAL ARGUMENT | 0.10 |
| 01/15/13 | MDS* | DISCUSS AND STRATEGIZE RE: ORAL ARGUMENT; PLAN AND PREPARE ANTICIPATED QUESTIONS AND ANSWERS TO STRENGTHEN ARGUMENTS ON APPEAL | 0.20 |
| 01/21/13 | MDS* | REVIEW APPELLATE BRIEFS FOR ANTICIPATED QUESTIONS AT ORAL ARGUMENT | 0.50 |
| 01/29/13 | TW | REVIEW BRIEFS AND ISSUES IN PROPOSAL FOR MOOT COURT OF ORAL ARGUMENT. | 1.20 |
| 01/31/13 | DAM | ANALYSIS OF BRIEFS AND RECORD MATERIAL IN PREPARATION FOR ORAL ARGUMENT BEFORE FIFTH DISTRICT COURT OF APPEAL; PREPARE FOR AND ATTEND MOCK ARGUMENT IN PREPARATION FOR ORAL ARGUMENT | 3.40 |
| 01/31/13 | TW | PREPARE FOR AND ATTEND MOCK ORAL ARGUMENT FOR MORANDE; ADVISE REGARDING ISSUES AND ORAL ARGUMENT PRESENTATION. | 1.80 |
| 01/31/13 | MDS* | REVIEW BRIEFS ON APPEAL, WITH A FOCUS ON ANTICIPATING ORAL ARGUMENT QUESTIONS AND DEVELOPING ANSWERS; PARTICIPATE IN MOCK ORAL ARGUMENT | 3.40 |

TOTAL FEES FOR PROFESSIONAL SERVICES $4,930.00

ATTORNEY FEE SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| DAM | DEAN A. MORANDE | 3.40 | hours at | $430.00 | = | 1,462.00 |
| TW | TOM WARNER | 3.00 | hours at | $750.00 | = | 2,250.00 |



Services designated with an * were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

| | | | | | | |
|---|---|---|---|---|---|---|
| MDS* | MICHAEL D. SLOAN* | 4.20 | hours at | $290.00 | = | 1,218.00 |
| | TOTALS | 10.60 | | | | $4,930.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES $4,930.00

**COSTS INCURRED ON YOUR BEHALF AS POSTED JANUARY 31, 2013**

| | | | |
|---|---|---|---|
| 12/11/12 | DOCUMENT PRODUCTION - ASSIST ATTORNEY IN PREPARING DOCUMENTS FOR FILING WITH COURT | 17.20 | |
| TOTAL COSTS AS POSTED THROUGH JANUARY 31, 2013 | | | $17.20 |

| | | |
|---|---|---|
| INTEREST | $ | 52.68 |
| INVOICE 733252 TOTAL | $ | 4,999.88 |
| BALANCE DUE FROM PREVIOUS STATEMENT | $ | 13,309.30 |
| LESS: PAYMENTS | $ | 0.00 |
| **TOTAL AMOUNT DUE** | **$** | **18,309.18** |



Services designated with an * were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.