

**ATTORNEYS AT LAW**

**Atlanta**
**Miami**
**New York**
**Orlando**
**St. Petersburg**
**Tallahassee**
**Tampa**
**West Palm Beach**

**PLEASE REMIT TO:**
**CARLTON FIELDS, P.A.**
P.O. Box 3239 | Tampa, Florida 33601-3239
813.223.7000 | fax 813.229.4133
www.carltonfields.com
Fed ID: 59-1233896

**BY WIRE:**
Wells Fargo Bank, N.A.
ABA No: 121000248
SWIFT: WFBIUS6S
Account No.:

HAMPTON MANOR, INC, ET AL
1805 SE 16TH AVENUE
SUITE 102
OCALA, FL 34471

EMAIL: PEDER.JOHNSEN@CONCORDISSENIORLIVING.COM

**Due Date: Upon Receipt**

MARCH 6, 2013
ATTORNEY: DEAN A. MORANDE
REFERENCE NUMBER: 04831-03472
INVOICE NUMBER: 735429

**RE: FORTNER, JOYCE APPEAL**

| | | |
|---|---|---:|
| BALANCE DUE FROM PREVIOUS STATEMENT | $ | 18,309.18 |
| LESS: PAYMENTS | $ | 0.00 |
| BALANCE FORWARD | $ | 18,309.18 |
| | | |
| LEGAL SERVICES POSTED THROUGH 02/28/13 | $ | 8,572.00 |
| COSTS ADVANCED POSTED THROUGH 02/28/13 | $ | 329.51 |
| INTEREST | $ | 52.68 |
| CURRENT INVOICE TOTAL | $ | 8,954.19 |
| **TOTAL AMOUNT DUE** | **$** | **27,263.37** |

AGED ACCOUNTS RECEIVABLE BALANCE OUTSTANDING BY DAYS

| 0-30 | 31-60 | 61-90 | 91-120 | OVER 120 | TOTAL |
|---|---|---|---|---|---|
| 13,954.07 | 13,309.30 | 0.00 | 0.00 | 0.00 | 27,263.37 |

**\*\*\* REMITTANCE COPY \*\*\***

**Payment is due upon receipt. Interest will be charged on unpaid invoices aged 35 days or more from invoice date**

Services designated with an * were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.



**ATTORNEYS AT LAW**

Atlanta
Miami
New York
Orlando
St. Petersburg
Tallahassee
Tampa
West Palm Beach

HAMPTON MANOR, INC, ET AL  
**RE: FORTNER, JOYCE APPEAL**

MARCH 6, 2013  
REF NO.: 04831-03472  
INVOICE NUMBER: 735429

**PROFESSIONAL SERVICES AS POSTED THROUGH FEBRUARY 28, 2013**

| DATE | INIT | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/01/13 | DAM | TELEPHONE CONFERENCE WITH CLIENT CONTACT REGARDING UPCOMING ORAL ARGUMENT AT FIFTH DISTRICT COURT OF APPEAL | 0.40 |
| 02/01/13 | MDS* | BRAINSTORM AND PREPARE LINES OF ARGUMENT FOR ORAL ARGUMENT; ANALYZE WAYS TO SHORTEN ANSWERS AND MAKE INTO BULLET POINTS | 0.60 |
| 02/04/13 | DAM | ANALYSIS OF AND REVIEW OF BRIEFING AND RECORD MATERIALS IN PREPARATION FOR ORAL ARGUMENT AT FIFTH DISTRICT COURT OF APPEAL | 7.60 |
| 02/04/13 | MDS* | REVIEW: (1) ANSWER, TRANSCRIPT FOR DISCUSSION OF JURY INSTRUCTIONS, AND STIPULATION, (2) TRIAL TRANSCRIPT FOR ACTUAL JURY INSTRUCTIONS, AND (3) COMPILED CASES CITED IN APPELLATE BRIEFS (4.1); PREPARE TO ATTEND AND TRAVEL TO ORAL ARGUMENT AT THE FIFTH DISTRICT COURT OF APPEAL (4.5) | 4.10 |
| 02/05/13 | DAM | PREPARE FOR AND ATTEND ORAL ARGUMENT AT FIFTH DISTRICT COURT OF APPEAL; PREPARATION OF CORRESPONDENCE REGARDING SAME | 7.80 |
| 02/05/13 | MDS* | ATTEND, RETURN FROM, AND DISCUSS ORAL ARGUMENT AT FIFTH DISTRICT COURT OF APPEAL | 8.50 NO CHARGE |
| 02/12/13 | DAM | ANALYSIS OF DECISION BY FIFTH DISTRICT COURT OF APPEAL; PREPARATION OF CORRESPONDENCE TO CLIENT CONTACT REGARDING SAME | 0.30 |
| 02/26/13 | DAM | PREPARATION OF CORRESPONDENCE TO CLIENT CONTACT REGARDING DEADLINE FOR MOTION FOR REHEARING AND ORDER GRANTING FORTNER'S MOTION FOR APPELLATE ATTORNEYS' FEES | 0.30 |
| | | TOTAL FEES FOR PROFESSIONAL SERVICES | $8,572.00 |

Services designated with an * were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.

HAMPTON MANOR, INC, ET AL  
**RE: FORTNER, JOYCE APPEAL**

MARCH 6, 2013  
REF NO.: 04831-03472  
INVOICE NUMBER: 735429

ATTORNEY FEE SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| DAM | DEAN A. MORANDE | 15.70 | hours at | $440.00 | = | 6,908.00 |
| DAM | DEAN A. MORANDE | 0.70 | hours at | $430.00 | = | 301.00 |
| MDS* | MICHAEL D. SLOAN* | 4.70 | hours at | $290.00 | = | 1,363.00 |
| MDS* | MICHAEL D. SLOAN* | 8.50 | hours at | 0.00 | = | 0.00 |
| | TOTALS | 21.10 | | | | $8,572.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES     $8,572.00

**COSTS INCURRED ON YOUR BEHALF AS POSTED FEBRUARY 28, 2013**

| | | |
|---|---|---|
| | TELEPHONE | 0.35 |
| 02/20/13 | TRAVEL/LODGING/MEALS - VENDOR: DEAN A. MORANDE - 02/04/13 TRAVELED TO DAYTONA BEACH, FL FOR ORAL ARGUMENT | 329.16 |
| 02/22/13 | TRAVEL/LODGING/MEALS - VENDOR: MICHAEL D. SLOAN 2/4/13 - 2/5/13 TRAVEL TO DAYTONA BEACH FOR ORAL ARGUMENT | 0.00 |

TOTAL COSTS AS POSTED THROUGH FEBRUARY 28, 2013     $329.51

INTEREST     $ 52.68

              INVOICE 735429 TOTAL     $ 8,954.19

BALANCE DUE FROM PREVIOUS STATEMENT     $ 18,309.18  
LESS: PAYMENTS     $ 0.00

              **TOTAL AMOUNT DUE**     **$ 27,263.37**

Services designated with an * were performed under the strict supervision of admitted attorneys by persons not admitted to practice law in the controlling jurisdiction.