IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW STEVENSON,
    Plaintiff.

Case No: 5:11-CV-496-OC-37TBS

v.

SECOND CHANCE JAI ALAI, LLC,
    Defendant.

and

GATEWAY BANK OF CENTRAL
FLORIDA,
    Garnishee.

------------------------------------------------------/

## JOINT STIPULATION AS TO GARNISHED FUNDS AND NOTICE OF SETTLEMENT

Plaintiff, Matthew Stevenson, and Defendant, Second Chance Jai Alai, LLC, have jointly agreed to resolve this case as follows. Moreover, both Plaintiff and Defendant request the Court to issue the attached Order approving the settlement, which is as follows:

    1.    Plaintiff and Defendant agree to an Order requiring Garnishee, Gateway Bank of Central Florida, to deliver to counsel for the Plaintiff the garnished funds (i.e. $130,473.36, plus any interest that may have accrued) payable to the "Massey and Duffy Trust Account." Plaintiff and Defendant agree such payment should be made henceforth and without delay, and Defendant directs its bank (Garnishee) to make such payment.

    2.    Defendant has agreed to provide to Plaintiff the balance of the attorneys' fees awarded by the Court ($38,670.00) plus the amount specified in the Court's Judgment ($98,600.00) less the amount specified in the prior paragraph ($130,473.36) to counsel for Plaintiff via a check in the amount of $6,796.64 made payable to the "Massey and Duffy Trust

Account." Plaintiff and Defendant agree such payment should be made within ten (10) days of the Court's approval of this settlement. Defendant agrees not to dispute the amount of fees already awarded by the Court ($38,670.00) or to appeal any part of this matter.

3. Plaintiff will waive any additional fees/costs once the above two stipulations are completed.

WHEREFORE, Plaintiff and Defendant respectfully request the Court approve the settlement and enter the Order attached hereto as Exhibit "A".

Dated: June 28, 2013


/s/ Tracy Martinell Henry
Tracy Martinell Henry, Esq.
Florida Bar No.: 073865
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Telephone: (727) 329-1999
Facsimile: (727) 329-1499


/s/Michael Massey
Micahel Massey
Fla. Bar No. 153680
Massey & Duffy, PLLC
855 E. Univ. Ave.
Gainesville, FL 32601
352-505-8900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has filed and served on the below counsel on June 28, 2013 via filing with the Court's ECF system which will send a copy to all counsel of record.

/s/ Tracy Martinell Henry
Tracy Martinell Henry, Esq.
Florida Bar No.: 073865