**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MATTHEW STEVENSON,

    Plaintiff,

v.   Case No. 5:11-cv-496-Oc-37PRL

SECOND CHANCE JAI ALAI, LLC,

    Defendant,

and

GATEWAY BANK OF CENTRAL FLORIDA,

    Garnishee.

## ORDER

This cause is before the Court on the following:

1. Plaintiff's Motion for Attorney's Fees (Doc. 74), filed April 12, 2013;

2. Magistrate Judge's Order Granting Writ of Garnishment (Doc. 78), filed May 2, 2013;

3. Defendant's Response in Opposition to Plaintiff's Motion for Attorney's Fees (Doc. 80), filed May 7, 2013;

4. Answer of Garnishee Gateway Bank of Central Florida (Doc. 87), filed May 21, 2013;

5. Magistrate Judge's Report and Recommendation (Doc. 91), filed June 17, 2013; and

6. Joint Stipulation as to Garnished Funds and Notice of Settlement (Doc. 92), filed June 28, 2013.

The Court entered judgment in Plaintiff's favor in the amount of $98,600.00. (Doc. 73.) Plaintiff subsequently moved for attorney's fees in the amount of $49,840.00 (Doc. 74, p. 4), which Magistrate Judge Lammens recommended be granted but reduced to $38,670.00 (Doc. 91). Defendant now represents that it does not object to the $38,670.00 amount. (Doc. 92, p. 2.)

Separately, Plaintiff moved for a writ of garnishment (Doc. 75), which the Magistrate Judge granted (Doc. 78). Accordingly, the Garnishee has held Defendant's bank account in the amount of $130,473.36 pending the disposition of this matter. (Doc. 87, p. 1.)

The parties have now filed a joint stipulation regarding the attorney's fees and the garnishment. (Doc. 92.) The award is $98,600.00 for the judgment and $38,670.00 for the attorney's fees, for a total of $137,270.00. Defendant has agreed to direct the Garnishee to make payment of the $130,473.36 to Plaintiff's counsel. (*Id.* at 1.) Defendant has also agreed to pay the remaining $6,796.64 balance by check to Plaintiff's counsel. (*Id.*) In return, Plaintiff waives any other claims of fees or costs. (*Id.* at 2.)

Upon consideration and in light of the agreement between the parties, it is hereby **ORDERED AND ADJUDGED**:

1. Magistrate Judge's Report and Recommendation (Doc. 91) is **ADOPTED AND CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees (Doc. 74) is **GRANTED IN PART** to the extent that Plaintiff shall be entitled to $38,670.00 in attorney's fees and **DENIED IN PART** in all other respects.

3. Joint Stipulation as to Garnished Funds and Notice of Settlement

        (Doc. 92) is **GRANTED**.

4. Garnishee Gateway Bank of Central Florida is **DIRECTED** to make payment of the $130,473.36 held in garnishment in Defendant's bank account, plus any interest that may have accrued on those funds, to the Massey and Duffy Trust Account in care of Plaintiff's counsel.

5. On or before Monday, **July 15, 2013**, Defendant is **DIRECTED** to make payment of the $6,796.64 balance by check to the Massey and Duffy Trust Account in care of Plaintiff's counsel.

6. The Clerk is **DIRECTED** to close this case.

7. This Court **RETAINS** jurisdiction to enforce the terms of this Order.

**DONE AND ORDERED** in Chambers in Ocala, Florida, on July 3, 2013.

*[signature]*

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record